# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 1150 | **DATE** | 11/10/2004 |
| **CASE TITLE** | NORTH AVENUE AUTO, INC. vs. AMERICAN HONDA MOTOR CO., INC. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Discovery in this case is referred to Magistrate Judge Ian Levin.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Document Number |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | | |
| | Notified counsel by telephone. | NOV 12 2004 date docketed | |
| ✓ | Docketing to mail notices. | | |
| | Mail AO 450 form. | docketing deputy initials | 32 |
| | Copy to judge/magistrate judge. | | |
| | | date mailed notice | |
| LG courtroom deputy's initials | | 2004 NOV 10 PM 6:19 | |
| | | Date/time received in central Clerk's Office | mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NORTH AVENUE AUTO, INC. )
d/b/a GRAND HONDA, )
)
)
Plaintiff, )
)
vs. ) No. 03 C 1150
)
AMERICAN HONDA MOTOR CO., )
INC. a California corporation, )
)
Defendant. )

DOCKETED
NOV 1 2 2004

## MEMORANDUM OPINION AND ORDER

Both plaintiff and defendant seek substantial additional information that the party possessing the information refuses to provide. Since the various discovery motions have been filed some of the requested information has been provided, but not to the satisfaction of either party. For example, if plaintiff does not have, and never has had, any documentation or films of visits to other dealers other than the materials it has already produced, it should say so under oath. If it had some additional materials of that nature but cannot now locate them, it should say so under oath.

In other instances the parties seek to impress upon this lawsuit their respective notions of what the issues should be. But that is premature. To the extent that information is readily available, such as far more financial information about plaintiff's finances and what lawsuits there might be in which a dealer has charged defendant with failure to allocate vehicles fairly, it should be produced. But the details of all that are many and, given the resistance of both parties to further disclosure, we think it best for Magistrate Judge Levin to sort out not only

the motions but also future discovery as well. We refer the discovery in this case to Judge Levin.

*James B. Moran*
JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 10, 2004.